DAWN L. HASSELL (SBN 200080)
LISA VILLASENOR* (SBN 133984)
JUDITH GRAZIANO* (SBN 205926)
ANDREW HALING (SBN 271744)
SEAN CRANDALL (SBN 306768)
THE HASSELL LAW GROUP
A Professional Corporation
4079 19th Avenue
San Francisco, CA 94132
Telephone: (415) 334-4111
Fax: (415) 469-9885

Attorneys for Plaintiff
MICHAEL P. WEBER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL P. WEBER,<br><br>   Plaintiff,<br>v.<br><br>THE RITZ-CARLTON HOTEL COMPANY, LLC; MARRIOT INTERNATIONAL, INC.; and DOES 1 TO 60, Inclusive,<br><br>   Defendants. | Case No.: 4:16-cv-04685-KAW<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**<br><br>Magistrate Judge: Hon. Kandis A. Westmore<br><br>State Complaint Filed: July 13, 2016<br>Removal to U.S.D.C.: August 16, 2016 |

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant The Ritz-Carlton Hotel Company, LLC, through Defendant's designated counsel, Maria Lampasona and Matthew Conant, that the above-captioned action should be dismissed *without prejudice* as to all parties and causes of action, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). The parties further stipulate they shall bear their own attorney's fees, expenses and costs in connection with this dismissal.

//

//

*Of Counsel

1

STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER
CASE NO. 4:16-cv-04685-KAW

IT IS SO STIPULATED.

Dated: January 27, 2017

    /s/ Lisa A. Villasenor, Esq.
Lisa A. Villasenor, Esq.
Attorney for Plaintiff,
MICHAEL P. WEBER

Dated: January 27, 2017

    /s/ Maria M. Lampasona, Esq.
Lombardi, Loper & Conant, LLP
Attorney for Defendant
THE RITZ-CARLTON HOTEL CO., L.L.C

**Attestation, pursuant to Local Rule 5-1(i)**

I hereby attest that the concurrence of all signatories to this stipulation and its filing has been obtained.

DATE:   January 27, 2017

    /s/ Lisa A. Villasenor, Esq.
Dawn L. Hassell, Esq.
Lisa A. Villasenor, Esq.
Hassell Law Group
4079 19th Ave.
San Francisco, CA 94132
Ph. (415) 334-4111
Fax (415 469-9885

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**
**CASE NO. 4:16-cv-04685-KAW**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

[PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE

The Court has considered the stipulation of the parties, and orders as follows:

1. The Action is dismissed without prejudice as to all defendants and causes of action in the above-mentioned action.

2. Each party shall bear their own costs and attorney's fees.

3. The Court shall relinquish jurisdiction over this matter upon the filing of this Stipulation.

IT IS SO ORDERED.

Dated: 1/31/17

_____
Honorable Kandis A. Westmore
United States Magistrate Judge
For the Northern District of California