UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL WEBER,<br><br>    Plaintiff,<br><br>    v.<br><br>THE RITZ-CARLTON HOTEL COMPANY, L.L.C., et al.,<br><br>    Defendants. | Case No. 18-cv-03351-MEJ<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Kandis A. Westmore for consideration of whether the case is related to *Weber v. The Ritz-Carlton Hotel Company, L.L.C.*, 16-cv-04685-KAW.

**IT IS SO ORDERED.**

Dated: July 18, 2018

_____
MARIA-ELENA JAMES
United States Magistrate Judge